FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP 27  AM 9: 47

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IBRAHIM KABIA, | * |
| Plaintiff | * |
| v. | * Civil Case No.: PWG-13-2845 |
| PEPSI BOTTLING GROUP | * |
| and | * |
| PEPSICO, INC. | * |
| and | * |
| TEAMSTERS LOCAL 67 | * |
| and | * |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | * |
| Defendants | * |

## NOTICE OF REMOVAL

Defendants, Pepsi Bottling Group and Pepsico, Inc. (collectively referred to as "Defendants"), pursuant to 28 U.S.C. §§ 1441, *et seq.*, hereby remove this action filed as *Ibrahim Kabia v. Pepsi Bottling Group, et al, Circuit Court for Prince George's County, Maryland, Civil Case No.: CAL13-21830*, from the Circuit Court for Prince George's County, Maryland, in which the action is now pending, to the United States District Court for the District of Maryland[1] and as grounds for said removal state as follows:

---

[1] Defendants Teamsters Local 67 and International Brotherhood of Teamsters are separately filing notices consenting to this removal.

1. Plaintiff served his Summons and Complaint on Defendants on September 18, 2013. Copies of the Summons and Complaint in this matter are attached hereto as Exhibit 1.

2. Thirty days have not elapsed since service of process and no other proceedings have occurred in this action.

### REMOVAL BASED ON FEDERAL QUESTION

3. Counts I and II of the Complaint allege Defendant "Pepsi Bottling Group, on its own or as a joint and integrated employer with Defendant Pepsico, Inc." violated Plaintiff's rights under the Family and Medical Leave Act of 1993, *as amended*, 29 U.S.C. § 2601, *et seq*.

4. This action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3) and, therefore, may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because of federal question jurisdiction.

5. Defendants have attached to this Notice all process, pleadings and orders served upon Defendants in this action to date. No other proceedings have occurred in this action.

6. A notification of removal will be filed with the State Court upon receipt from the U.S. District Court for District of Maryland of a date-stamped copy of this Notice of Removal.

## **CERTIFICATION OF COUNSEL**

In accordance with Local Rule 103.5, counsel for Defendants certifies that a copy of all papers on file in the State Court are contained in Exhibit 1.

                                              Respectfully submitted,

                                              */s/ Bruce S. Harrison*
                                              Bruce S. Harrison, Bar No. 00887
                                              SHAWE & ROSENTHAL, LLP
                                              20 South Charles Street, Suite 1102
                                              Baltimore, MD 21201
                                              Tel.: (410) 752-1040
                                              Fax: (410) 752-8861
                                              harrison@shawe.com

                                              *Attorneys for Defendants*
                                              *Pepsi Bottling Group and*
                                              *Pepsico, Inc.*

September 27, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was served on September 27, 2013 by United States mail, postage prepaid, upon:

> Paul N. Rouhana, Esq.
> Law Offices of Seigel, Tully & Furrer, LLC
> 501 Fairmount Avenue, Suite 100
> Towson, MD  21286
> *Counsel for Plaintiff*
>
> John R. Mooney, Esq.
> Mark J. Murphy, Esq.
> Mooney, Green, Saindon, Murphy & Welch, P.C.
> 1920 L Street, N.W., Suite 400
> Washington, DC  20036
> *Counsel for Teamsters Local 67*
>
> Mr. Gary Witlen
> International Brotherhood of Teamsters
> 25 Louisiana Ave., NW
> Washington, D.C. 20001

_____
Bruce S. Harrison

#378634